LATHAM & WATKINS LLP
Kenneth M. Fitzgerald (Bar No. 142505)
Email: Kenneth.Fitzgerald@lw.com
Robert S. Huie (Bar No. 237374)
Email: Robert.Huie@lw.com
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: 1.619.236.1234
Facsimile: 1.619.696.7419

Attorneys for Defendants
WorldWater & Solar Technologies Corp. and
Quentin T. Kelly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS ANDERSON,

  Plaintiff,

v.

WORLDWATER & SOLAR
TECHNOLOGIES CORP., a Delaware
corporation, formerly known as
WORLDWATER & POWER CORP., a
Delaware corporation; QUENTIN T. KELLY,
an individual; and DOES 1 through 20,
inclusive,

  Defendants.

CASE NO. CV 07 6372

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS PURSUANT TO
FED. R. CIV. PRO. 7.1 AND CIV. L. R. 3-16

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\613851.1

CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Fed. R. Civ. Pro. 7.1 and Civ. L. R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter or controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. EMCORE Corp. is a publicly-held company that holds approximately 20% ownership in WorldWater Solar & Technologies Corp.

WorldWater Solar & Technologies Corp. further states that it is a publicly-held company, and has no parent corporation.

Dated: December 17, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
Kenneth M. Fitzgerald
Robert S. Huie

By _____
Robert S. Huie
Attorneys for Defendants
WorldWater & Solar Technologies Corp.
and Quentin T. Kelly