```
 1  LATHAM & WATKINS LLP
       Kenneth M. Fitzgerald (Bar No. 142505)
 2     Email: Kenneth.Fitzgerald@lw.com
       Robert S. Huie (Bar No. 237374)
 3     Email: Robert.Huie@lw.com
    600 West Broadway, Suite 1800
 4  San Diego, California 92101-3375
    Telephone: 1.619.236.1234
 5  Facsimile: 1.619.696.7419

 6  Attorneys for Defendants
    WorldWater & Solar Technologies Corp. and
 7  Quentin T. Kelly

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA
10

11  THOMAS ANDERSON,                    CASE NO.
12              Plaintiff,              PROOF OF SERVICE BY MAIL
13        v.
14  WORLDWATER & SOLAR
    TECHNOLOGIES CORP., a Delaware
15  corporation, formerly known as
    WORLDWATER & POWER CORP., a
16  Delaware corporation; QUENTIN T. KELLY,
    an individual; and DOES 1 through 20,
17  inclusive,
18              Defendants.
19
20
21
22
23
24
25
26
27
28

LATHAM•WATKINS                                         PROOF OF SERVICE
  ATTORNEYS AT LAW
    SAN DIEGO
```

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On **December 17, 2007**, I served the following document described as:

**CIVIL COVER SHEET;**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT OT FED. R. CIV. PRO. 7.1 AND CIV. L. R. 3-16;**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Robert O. Whyte
Cristina M. Cinco
Christina A. Dondero
NIESAR & WHYTE LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: 415.882.5300
Facsimile: 415.882.5400
Attorneys for Plaintiff Thomas Anderson

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 17, 2007**, at San Diego, California.

*Becky J. Neidhardt*
Becky J. Neidhardt