LATHAM & WATKINS LLP
   Kenneth M. Fitzgerald (Bar No. 142505)
   Email: Kenneth.Fitzgerald@lw.com
   Robert S. Huie (Bar No. 237374)
   Email: Robert.Huie@lw.com
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: 1.619.236.1234
Facsimile: 1.619.696.7419

Attorneys for Defendants
WorldWater & Solar Technologies Corp. and
Quentin T. Kelly

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ANDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, formerly known as WORLDWATER & POWER CORP., a Delaware corporation; QUENTIN T. KELLY, an individual; and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. 07 CV 6372 EMC<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Action removed: December 16, 2007<br>Assigned to Hon. Edward M. Chen |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\613907.2

07 CV 6372 EMC
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On **December 18, 2007**, I served the following document described as:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY);**

**ECF HANDOUT;**

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;**

**STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. PROC. 7.1 AND CIV. L. R. 3-16**

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Robert O. Whyte
Cristina M. Cinco
Christina A. Dondero
NIESAR & WHYTE LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: 415.882.5300
Facsimile: 415.882.5400
Attorneys for Plaintiff Thomas Anderson

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\613907.2

2

07 CV 6372 EMC
PROOF OF SERVICE