Robert O. Whyte (SBN 130021)
Cristina M. Cinco (SBN 197224)
Christina A. Dondero (SBN 230616)
**NIESAR & WHYTE** LLP
90 New Montgomery Street, 9th Floor
San Francisco, California  94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Plaintiff/Counter-Defendant
Thomas Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ANDERSON,<br><br>              Plaintiff,<br><br>v.<br><br>WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, formerly known as WORLDWATER & POWER CORP., a Delaware corporation; QUENTIN T. KELLY, an individual; and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.:  07 CV 6372 EMC<br><br>**STIPUATION TO EXTEND DATE FOR COUNTERDEFENDANT TO FILE RESPONSE TO COUNTERCLAIM** |
| WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation,<br><br>              Counterclaimant,<br><br>v.<br><br>THOMAS ANDERSON, an individual,<br><br>              Counter-Defendant. | |

Plaintiff and Counter-Defendant Thomas Anderson ("Plaintiff/Counter-Defendant") and

Defendant   and   Counterclaimant   WorldWater   &   Solar   Technologies   Corp.,

E 24709v1

("Defendant/Counterclaimant"), by and through their undersigned counsel, hereby stipulate that Plaintiff/Counter-Defendant's response to Defendant/Counterclaimant's counterclaim is extended to January 17, 2008.

DATED:  January 10, 2008          **NIESAR & WHYTE LLP**


By:___/s/_____
     Robert O. Whyte
     Attorneys for Plaintiff/Counter-Defendant
     Thomas Anderson

DATED: January 10, 2008          **LATHAM & WATKINS LLP**


By: ___/s/_____
     Kenneth M. Fitzgerald
     Attorneys for Defendants/Counterclaimants
     WorldWater & Solar Technologies Corp. and
     Quentin T. Kelly

STIPULATION TO EXTEND DATE FOR FILING RESPONSE TO COUNTERCLAIM