| | |
|---|---|
| 1 | Robert O. Whyte (SBN 130021) |
| | Cristina M. Cinco (SBN 197224) |
| 2 | Christina A. Dondero (SBN 230616) |
| | **NIESAR & WHYTE LLP** |
| 3 | 90 New Montgomery Street, 9th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 882-5300 |
| | Facsimile: (415) 882-5400 |
| 5 | |
| 6 | Attorneys for Plaintiff/Counter-Defendant |
| 7 | Thomas Anderson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ANDERSON, | Case No.: 07 CV 6372 EMC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATE FOR COUNTERDEFENDANT TO FILE RESPONSE TO COUNTERCLAIM** |
| WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, formerly known as WORLDWATER & POWER CORP., a Delaware corporation; QUENTIN T. KELLY, an individual; and DOES 1 through 20, inclusive, | ORDER |
| Defendants. | |
| WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| THOMAS ANDERSON, an individual, | |
| Counter-Defendant. | |

Plaintiff and Counter-Defendant Thomas Anderson ("Plaintiff/Counter-Defendant") and Defendant and Counterclaimant WorldWater & Solar Technologies Corp.,

---

STIPULATION TO EXTEND DATE FOR FILING RESPONSE TO COUNTERCLAIM

E 24709v1

1  ("Defendant/Counterclaimant"), by and through their undersigned counsel, hereby stipulate that
2  Plaintiff/Counter-Defendant's response to Defendant/Counterclaimant's counterclaim is extended
3  to January 17, 2008.

5  DATED: January 10, 2008              **NIESAR & WHYTE LLP**

7                                       By: ___/s/___
                                           Robert O. Whyte
8                                          Attorneys for Plaintiff/Counter-Defendant
                                           Thomas Anderson

10 DATED: January 10, 2008              **LATHAM & WATKINS LLP**

12                                      By: ___/s/___
                                           Kenneth M. Fitzgerald
13                                         Attorneys for Defendants/Counterclaimants
                                           WorldWater & Solar Technologies Corp. and
14                                         Quentin T. Kelly

16 IT IS SO ORDERED:

19 _____
   Edward M. Chen
20 U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*