1  LATHAM & WATKINS LLP
     Kenneth M. Fitzgerald (Bar No. 142505)
2    Email: Kenneth.Fitzgerald@lw.com
     Robert S. Huie (Bar No. 237374)
3    Email: Robert.Huie@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California 92101-3375
   Telephone: 1.619.236.1234
5  Facsimile: 1.619.696.7419

6  Attorneys for Defendants
   WorldWater & Solar Technologies Corp. and
7  Quentin T. Kelly

8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 | THOMAS ANDERSON,                              | CASE NO. 07 CV 6372 EMC
13 |          Plaintiff,                           | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
14 |    v.
15 | WORLDWATER & SOLAR
   | TECHNOLOGIES CORP., a Delaware                | Action removed: December 16, 2007
16 | corporation, formerly known as                | Assigned to Hon. Edward M. Chen
   | WORLDWATER & POWER CORP., a
17 | Delaware corporation; QUENTIN T. KELLY,
   | an individual; and DOES 1 through 20,
18 | inclusive,
19 |          Defendants.
20 | WORLDWATER & SOLAR
21 | TECHNOLOGIES CORP., a Delaware
   | corporation,
22
23 |          Counterclaimant,
   |    v.
24
25 | THOMAS ANDERSON, an individual,
   |          Counterdefendant.
26

27

28

LATHAM&WATKINS LLP   SD\616630.1
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 07 CV 6372 EMC
CONSENT TO PROCEED BEFORE
U.S. MAGISTRATE JUDGE

1    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the
2  undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a
3  United States Magistrate Judge conduct any and all further proceedings in the case, including
4  trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to
5  the United States Court of Appeals for the Ninth Circuit.

6

7  Dated:  January 14, 2008                    LATHAM & WATKINS LLP

8                                              /s/
                                               _____
9                                              Robert S. Huie
                                               Attorneys for Defendant and Counterclaimant
10                                             WorldWater & Solar Technologies Corp. and
                                               Defendant Quentin T. Kelly

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP    SD\616630.1
ATTORNEYS AT LAW
SAN DIEGO
                                    1
                                                    CASE NO. 07 CV 6372 EMC
                                                    CONSENT TO PROCEED BEFORE
                                                    U.S. MAGISTRATE JUDGE

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On January 14, 2008, I served the following document described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Robert O. Whyte
Cristina M. Cinco
Christina A. Dondero
NIESAR & WHYTE LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: 415.882.5300
Facsimile: 415.882.5400
ewhyte@ncblaw.com
ccinco@ncblaw.com
cdondero@ncblaw.com
Attorneys for Plaintiff Thomas Anderson

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 14, 2008, at San Diego, California.

_____
Becky J. Neidhardt