1  Robert O. Whyte (SBN 130021)
   Christina A. Dondero (SBN 230616)
2  **NIESAR & WHYTE LLP**
   90 New Montgomery Street, 9th Floor
3  San Francisco, California  94105
   Telephone: (415) 882-5300
4  Facsimile: (415) 882-5400

5

   Attorneys for Plaintiff/Counter-Defendant
6  Thomas Anderson

7
                    UNITED STATES DISTRICT COURT
8
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
9

| 10 | THOMAS ANDERSON, | Case No.:  07 CV 6372 EMC |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, formerly known as WORLDWATER & POWER CORP., a Delaware corporation; QUENTIN T. KELLY, an individual; and DOES 1 through 20, inclusive, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 17 | | |
| 18 | Defendants. | |
| 19 | WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, | |
| 20 | Counterclaimant, | |
| 22 | v. | |
| 23 | THOMAS ANDERSON, an individual, | |
| 24 | Counter-Defendant. | |

25       In accordance with the provisions of Title 28, U.S.C. section 636(c), the undersigned party
26  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
27  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
28

1  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

3  DATED: March 3, 2008                    **NIESAR & WHYTE LLP**

5                                          By:/s/ Christina A. Dondero
                                               Christina A. Dondero
                                               Attorneys for Plaintiff/Counter-Defendant
                                               Thomas Anderson