1  LATHAM & WATKINS LLP
     Kenneth M. Fitzgerald (Bar No. 142505)
2    Email: Kenneth.Fitzgerald@lw.com
     Robert S. Huie (Bar No. 237374)
3    Email: Robert.Huie@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California 92101-3375
   Telephone: 1.619.236.1234
5  Facsimile: 1.619.696.7419

6  Attorneys for Defendant and Counterclaimant
   WorldWater & Solar Technologies Corp.; and
7  Defendant Quentin T. Kelly

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12 | THOMAS ANDERSON,                                  | CASE NO. 07 CV 6372 EMC
   |                                                   |
13 |          Plaintiff,                               | **ADR CERTIFICATION BY PARTIES AND COUNSEL**
   |                                                   |
14 |    v.                                             | DEMAND FOR JURY TRIAL
   |                                                   |
15 | WORLDWATER & SOLAR                                 | Action removed: December 16, 2007
   | TECHNOLOGIES CORP., a Delaware                     | Assigned to Hon. Edward M. Chen
16 | corporation, formerly known as
   | WORLDWATER & POWER CORP., a
17 | Delaware corporation; QUENTIN T. KELLY,
   | an individual; and DOES 1 through 20,
18 | inclusive,
   |
19 |          Defendants.

20 | WORLDWATER & SOLAR
   | TECHNOLOGIES CORP., a Delaware
21 | corporation,

22 |          Counterclaimant,

23 |    v.

24 | THOMAS ANDERSON, an individual,

25 |          Counterdefendant.

26

27

28

1       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned
certifies that he has:

      (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 5, 2008

      */s/ J. Kelly, CEO*
Defendant and Counterclaimant
WorldWater & Solar Technologies Corp.

Dated: March 5, 2008

      */s/ J. Kelly, CEO*
Defendant WorldWater & Power Corp.

Dated: March 5, 2008

      */s/ J. Kelly*
Defendant Quentin T. Kelly

Dated: March 5, 2008

      */s/*
Robert S. Huie of
LATHAM & WATKINS LLP

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO

SD\622389.1

1

CASE NO. 07 CV 6372 EMC
ADR CERTIFICATION BY PARTIES & COUNSEL

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On March 5, 2008, I served the following document described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Robert O. Whyte
Cristina M. Cinco
Christina A. Dondero
NIESAR & WHYTE LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: 415.882.5300
Facsimile: 415.882.5400
ewhyte@ncblaw.com
ccinco@ncblaw.com
cdondero@ncblaw.com
Attorneys for Plaintiff and Counterdefendant Thomas Anderson

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 5, 2008, at San Diego, California.

_____
Becky J. Neidhardt

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\616645.2

07 CV 6372 EMC
PROOF OF SERVICE