1  Robert O. Whyte (SBN 130021)
   Christina A. Dondero (SBN 230616)
2  **NIESAR & WHYTE** LLP
   90 New Montgomery Street, 9th Floor
3  San Francisco, California 94105
   Telephone: (415) 882-5300
4  Facsimile: (415) 882-5400

5

   Attorneys for Plaintiff/Counter-Defendant
6  Thomas Anderson

7                      UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10  THOMAS ANDERSON,                    Case No.: 07 CV 6372 EMC

11                  Plaintiff,

12  v.
                                        **ADR CERTIFICATION BY PARTIES
13  WORLDWATER & SOLAR                  AND COUNSEL**
    TECHNOLOGIES CORP., a Delaware
14  corporation, formerly known as
    WORLDWATER & POWER CORP., a
15  Delaware corporation; QUENTIN T. KELLY,
    an individual; and DOES 1 through 20,
16  inclusive,

17                  Defendants.

18  WORLDWATER & SOLAR
19  TECHNOLOGIES CORP., a Delaware
    corporation,
20
                    Counterclaimant,
21
    v.
22

23  THOMAS ANDERSON, an individual,

24                  Counter-Defendant.

25        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

26  he or she has:

27        (1)        Read the handbook entitled "*Dispute Resolution Procedures in the*

28

E 24709v1

1    *Northern District of California*" on the Court's ADR Internet site

2    www.adr.cand.uscourts.gov;

3    (2)        Discussed the available dispute resolution options provided by the Court

4                and private entities; and

5    (3)        Considered whether this case might benefit from any of the available

6                dispute resolution options.

7

8    DATED: March 7, 2008            By:  _Thomas Anderson_

9                                         Plaintiff/Counter-Defendant
                                          Thomas Anderson

10

11   DATED: March 7, 2008            **NIESAR & WHYTE, LLP**

12

13                                   By:  _Robert O. Whyte_

14                                        Robert O. Whyte
                                          Attorneys for Plaintiff/Counter-Defendant

15                                        Thomas Anderson

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR CERTIFICATION BY PARTIES AND COUNSEL