1  LATHAM & WATKINS LLP
     Kenneth M. Fitzgerald (Bar No. 142505)
2     Email: Kenneth.Fitzgerald@lw.com
     Robert S. Huie (Bar No. 237374)
3     Email: Robert.Huie@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California 92101-3375
   Telephone: 1.619.236.1234
5  Facsimile: 1.619.696.7419

6  Attorneys for Defendant and Counterclaimant
   WorldWater & Solar Technologies Corp. and
7  Defendant Quentin T. Kelly

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11
   THOMAS ANDERSON,                          CASE NO. 07 CV 6372 EMC
12
                 Plaintiff,                  **REQUEST TO APPEAR**
13                                           **TELEPHONICALLY AT CASE**
        v.                                   **MANAGEMENT CONFERENCE**
14
   WORLDWATER & SOLAR
15 TECHNOLOGIES CORP., a Delaware            Action removed: December 16, 2007
   corporation, formerly known as            Assigned to Hon. Edward M. Chen
16 WORLDWATER & POWER CORP., a
   Delaware corporation; QUENTIN T. KELLY,
17 an individual; and DOES 1 through 20,
   inclusive,
18
                 Defendants.
19

20 WORLDWATER & SOLAR
   TECHNOLOGIES CORP., a Delaware
21 corporation,

22               Counterclaimant,

23      v.

24 THOMAS ANDERSON, an individual,

25               Counterdefendant.

26

27

28

LATHAM&WATKINS LLP   SD\624085.1
ATTORNEYS AT LAW                                    CASE NO. 07 CV 6372 EMC
  SAN DIEGO                                         REQUEST TO APPEAR TELEPHONICALLY

1  Pursuant to Civil Local Rule 16-10(a), the undersigned, as lead trial counsel for
2  defendants WorldWater & Solar Technologies Corp. and Quentin Kelly, respectfully requests
3  leave of this Court to appear telephonically at the Initial Case Management Conference
4  scheduled for March 26, 2008, at 1:30 p.m. The undersigned is officed outside of this District, in
5  San Diego, California, and if granted leave to do so, will appear telephonically and will be
6  prepared to address all appropriate issues at the scheduled Initial Case Management Conference.

8  Dated: March 17, 2008                    Respectfully submitted,
9                                           LATHAM & WATKINS LLP

11                                          By /s/_____
                                              Robert S. Huie
12                                            Attorneys for Defendant and
                                              Counterclaimant WorldWater & Solar
13                                            Technologies Corp. and Defendant Quentin
                                              T. Kelly

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\624085.1

1

CASE NO. 07 CV 6372 EMC
REQUEST TO APPEAR TELEPHONICALLY

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On March 17, 2008, I served the following document described as:

**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

> Robert O. Whyte
> Cristina M. Cinco
> Christina A. Dondero
> NIESAR & WHYTE LLP
> 90 New Montgomery Street, 9th Floor
> San Francisco, CA 94105
> Telephone: 415.882.5300
> Facsimile: 415.882.5400
> ewhyte@ncblaw.com
> ccinco@ncblaw.com
> cdondero@ncblaw.com
> Attorneys for Plaintiff and Counterdefendant Thomas Anderson

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2008, at San Diego, California.

_Becky J. Neidhardt_
Becky J. Neidhardt

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\624085.1

2

CASE NO. 07 CV 6372 EMC
REQUEST TO APPEAR TELEPHONICALLY