1  LATHAM & WATKINS LLP
   Kenneth M. Fitzgerald (Bar No. 142505)
2  Email: Kenneth.Fitzgerald@lw.com
   Robert S. Huie (Bar No. 237374)
3  Email: Robert.Huie@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California  92101-3375
   Telephone:  1.619.236.1234
5  Facsimile:  1.619.696.7419

6  Attorneys for Defendant and Counterclaimant
   WorldWater & Solar Technologies Corp. and
7  Defendant Quentin T. Kelly

8
                     UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11
   THOMAS ANDERSON,                          CASE NO. 07 CV 6372 EMC
12
              Plaintiff,                     **REQUEST TO APPEAR
13                                           TELEPHONICALLY AT CASE
       v.                                    MANAGEMENT CONFERENCE**  ; ORDER
14
   WORLDWATER & SOLAR
15 TECHNOLOGIES CORP., a Delaware            Action removed: December 16, 2007
   corporation, formerly known as            Assigned to Hon. Edward M. Chen
16 WORLDWATER & POWER CORP., a
   Delaware corporation; QUENTIN T. KELLY,
17 an individual; and DOES 1 through 20,
   inclusive,
18
              Defendants.
19

20 WORLDWATER & SOLAR
   TECHNOLOGIES CORP., a Delaware
21 corporation,

22            Counterclaimant,

23     v.

24 THOMAS ANDERSON, an individual,

25            Counterdefendant.

26

27

28

Pursuant to Civil Local Rule 16-10(a), the undersigned, as lead trial counsel for defendants WorldWater & Solar Technologies Corp. and Quentin Kelly, respectfully requests leave of this Court to appear telephonically at the Initial Case Management Conference scheduled for March 26, 2008, at 1:30 p.m. The undersigned is officed outside of this District, in San Diego, California, and if granted leave to do so, will appear telephonically and will be prepared to address all appropriate issues at the scheduled Initial Case Management Conference.

Dated: March 17, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/_____
Robert S. Huie
Attorneys for Defendant and
Counterclaimant WorldWater & Solar
Technologies Corp. and Defendant Quentin
T. Kelly

IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO
SD\624085.1

1

CASE NO. 07 CV 6372 EMC
REQUEST TO APPEAR TELEPHONICALLY

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On March 17, 2008, I served the following document described as:

**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

by serving a true copy of the above-described document in the following manner:

### BY ELECTRONIC MAIL

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Robert O. Whyte
Cristina M. Cinco
Christina A. Dondero
NIESAR & WHYTE LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: 415.882.5300
Facsimile: 415.882.5400
ewhyte@ncblaw.com
ccinco@ncblaw.com
cdondero@ncblaw.com
Attorneys for Plaintiff and Counterdefendant Thomas Anderson

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2008, at San Diego, California.

*Becky J. Neidhardt*
Becky J. Neidhardt

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO
SD\624085.1
2
CASE NO. 07 CV 6372 EMC
REQUEST TO APPEAR TELEPHONICALLY