**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANDERSON, | Case No. C07-6372 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| WORLDWATER & SOLAR TECHNOLOGIES COR., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE BE NOTIFIED THAT the Case Management Conference set for March 26, 2008 at 1:30 p.m. is reset for **March 26, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, CA 94102.

Dated: March 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy