**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** March 26, 2008

**Case No:** C07-6372 EMC                            **FTR Time:** 2:48-2:58 pm

**Case Name:** Anderson v. Worldwater, etc.

    **Attorneys:**  Robert White and Christina Dondero for Plaintiff
                      Robert Huie for Defendants (by phone: 619-236-1234)

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    CMC - Held

**ORDERED AFTER HEARING:**

10-day jury trial set to begin 4/13/09 at 8:30 a.m.  Parties agree to conduct private mediation before 6/5/08.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 07/2/08 at 2:30 p.m. for Status Conference.  A Joint Status Conference Statement shall be filed by 06/25/08.

cc: EMC