| | |
|---|---|
| 1 | Robert O. Whyte (SBN 130021) |
| | Christina A. Dondero (SBN 230616) |
| 2 | **NIESAR & WHYTE, LLP** |
| | 90 New Montgomery Street, 9th Floor |
| 3 | San Francisco, California  94105 |
| | Telephone: (415) 882-5300 |
| 4 | Facsimile: (415) 882-5400 |
| | Attorneys for Plaintiff/Counter-Defendant |
| 5 | Thomas Anderson |
| 6 | **LATHAM & WATKINS LLP** |
| | Kenneth M. Fitzgerald (Bar No. 142505) |
| 7 | Robert S. Huie (Bar No. 237374) |
| 8 | 600 West Broadway, Suite 1800 |
| | San Diego, California  92101-3375 |
| 9 | Telephone:  (619) 236-1234 |
| | Facsimile:   (619) 696-7419 |
| 10 | Attorneys for Defendants/Counterclaimant |
| | WorldWater & Solar Technologies Corp. and |
| 11 | Quentin T. Kelly |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ANDERSON, | Case No.: 07 CV 6372 EMC |
| Plaintiff, | **STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM** |
| v. | |
| WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, formerly known as WORLDWATER & POWER CORP., a Delaware corporation; QUENTIN T. KELLY, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| WORLDWATER & SOLAR TECHNOLOGIES CORP., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| THOMAS ANDERSON, an individual, Counter-Defendant. | |

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM    07 CV 6372 EMC

E 24709v1

IT IS HEREBY STIPULATED by and among, Plaintiff/Counter-Defendant Thomas Anderson, Defendant/Counterclaimant WorldWater & Solar Technologies Corp., and Defendant Quentin T. Kelly through their designated counsel that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and (c)(2). Each party agrees to bear their own attorneys' fees, costs, and expenses of litigation.

Dated: June 5, 2008            **NIESAR & WHYTE LLP**

                                           By: /s/ Robert O. Whyte
                                           ROBERT O. WHYTE
                                           **NIESAR & WHYTE LLP**
                                           Attorneys for Plaintiff/Counter-Defendant
                                           Thomas Anderson

Dated: June 5, 2008            **LATHAM & WATKINS LLP**

                                           By: /s/ Robert S. Huie
                                           ROBERT S. HUIE
                                           **LATHAM & WATKINS LLP**
                                           Attorneys for Defendant/Counterclaimant
                                           WorldWater & Solar Technologies Corp. and
                                           Quentin T. Kelly